KNOX, LEMMON & ANAPOLSKY, LLP
JOHN M. LEMMON (SBN 088961)
STEPHEN J. BYERS (SBN 245607)
300 Capitol Mall, Suite 1125
Sacramento, CA 95814
Telephone:  (916) 498-9911
Facsimile:  (916) 498-9991

Attorneys for Plaintiff CALIFORNIA MILK
PROCESSOR BOARD, an instrumentality of the State
of California

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA MILK PROCESSOR BOARD, an instrumentality of the State of California,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRIDGE BRANDS, a California corporation; and MICHAEL R. LITTON, an individual,<br><br>　　　　Defendants. | CASE NO.  2:14-cv-02022-KJM-CKD<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint Filed:　　August 30, 2014<br>Trial Date:　　　　　N/A |

Plaintiff, the CALIFORNIA MILK PROCESSOR BOARD, an instrumentality existing under the laws of the State of California and the regulations promulgated by the California Department of Food and Agriculture, and Defendants BRIDGE BRANDS, a California corporation, and MICHAEL R. LITTON, an individual, hereby file the instant Notice of Settlement pursuant to Local Rule 160.

//
//
//
//
//

---

1

**NOTICE OF SETTLEMENT**

The parties have reached a settlement agreement.  The parties intend to file the necessary papers regarding dismissal of the instant action sometime during the week of August 2, 2015.

Dated: July 30, 2015      KNOX, LEMMON & ANAPOLSKY, LLP

By: /s/ Stephen J. Byers
STEPHEN J. BYERS, Attorneys for Plaintiff
CALIFORNIA MILK PROCESSOR BOARD

Dated: July 30, 2015      GORDON & REES LLP

By: /s/ Michael D. Kanach (as authorized on 7/30/15)
Robert P. Andris
Michael D. Kanach
Attorneys for Defendants,
BRIDGE BRANDS and
MICHAEL R. LITTON

2
**NOTICE OF SETTLEMENT**